United States District Court
Southern District of Texas
**ENTERED**
March 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSLIE CONNER ESTATE, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | CIVIL ACTION NO. 4:23-CV-03615 |
| PHH MORTGAGE CORPORATION, *et al.*, | § § § § § | |
| Defendants. | | |

### **ORDER**

The plaintiff's motion to extend time to respond to the defendant's motion for summary judgment (Dkt. No. 6) is Granted. Already 21 days has passed. Nevertheless, the plaintiff is granted to March 28, 2025 to respond.

It is so ORDERED.

SIGNED on March 7, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge