Case 4:23-cv-03615   Document 9   Filed on 04/07/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSLIE CONNER ESTATE, ATTORNEY IN FACT-SAM CONNER <br><br> Plaintiff, <br><br> v. <br><br> PHH MORTGAGE CORPORATION, DEUTSCHE BANK TRUST COMPANY, AMERICAS, AS TRUSTEE FOR RALI SERIES 2006-QS6, POWER DEFAULT SERVICES, <br><br> Defendants. | Civil Action No. 4:23-cv-3615 |

## ORDER OF DISMISSAL

CAME ON TO BE CONSIDERED the Motion for Summary Judgment and Brief in Support filed by Defendants PHH Mortgage Corporation, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS6, and Power Default Services ("Defendants"). In connection with the Motion, the Court takes judicial notice pursuant to Federal Rule of Evidence 201 of the following:

Exhibit A.   Notice of Removal, Civil Action No. 4:20-cv-02128;

Exhibit B    Final Judgment, Civil Action No. 4:20-cv-02128;

Exhibit C    First Amended Complaint, Civil Action No. 4:22-cv-02289;

Exhibit D    Order of Dismissal and Final Judgment, Civil Action No. 4:22-cv-02289.

Having considered the Motion, and any responses and replies thereto on file if any, the Court determines that the Motion bears merit and should be granted. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Motion is granted in its entirety and all claims brought by Plaintiff Roslie Conner Estate, Attorney in Fact-Sam Conner in this action are hereby dismissed with prejudice.

It is so ORDERED.

SIGNED on this 7th day of April, 2025.

_____
Kenneth M. Hoyt
United States District Judge